UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY BOTTLEY, EL AL. | CIVIL ACTION |
| VERSUS | NO. 14-1840 |
| EXXON MOBIL CORP., ET AL. | SECTION "L" |

**ORDER AND REASONS**

Before the Court is Plaintiffs' motion to remand to state court. (Rec. Doc. 8). The Court has reviewed the parties' briefs and the applicable law, and now issues this Order and Reasons.

The parties agree that this case arises out of the same facts as *Lester et al. v. Exxon Mobil Corp., et al.*, No. 14-1824. This case is similar to *Lester* in all respects. The injuries alleged, in fact, arise of the deceased individual who was a plaintiff in *Lester* prior to his death.

As the reasoning applies with equal force here, the Court incorporates by reference its denial of the motion to remand in *Lester*. (14-1824, Rec. Doc. 45).

The Court will invoke its *sua sponte* authority to consolidate these two related cases. *See Miller v. U.S. Postal Service*, 729 F.2d 1033, 1037 (5th Cir. 1994). Accordingly,

**IT IS ORDERED** that the motion to remand is **DENIED**.

**IT IS FURTHER ORDERED** that the instant case is hereby **CONSOLIDATED** with *Lester et al. v. Exxon Mobil Corp., et al.*, No. 14-1824.

New Orleans, Louisiana, this 23rd day of October, 2014.

U.S. DISTRICT JUDGE